UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GHAZI ABU NAHL and NEST INVESTMENTS HOLDING LEBANON SAL, individually and on behalf of LEBANESE CANADIAN BANK,<br><br>                Plaintiffs,<br><br>                v.<br><br>GEORGES ZARD ABOU JAOUDE, MOHAMED HAMDOUN, AHMAD SAFA, OUSSAMA SALHAB, CYBAMAR SWISS GMBH, LLC, AYMAN SAIED JOUMAA, MAHMOUD HASSAN AYASH, HASSAN AYASH EXCHANGE COMPANY, and ELLISSA HOLDING COMPANY,<br><br>                Defendants,<br><br>         and<br><br>LEBANESE CANADIAN BANK,<br><br>                Nominal Defendant. | 15 Civ. _____<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF NEST INVESTMENTS HOLDING LEBANON SAL** |

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for plaintiff Nest Investments Holding Lebanon SAL states as follows:

       1.     Nest Investments Holding Lebanon SAL is a privately held corporation.  It has no parent corporation.  No publicly held corporation owns more than 10% of its stock.

- 1 -

- 2 -

Dated:   December 14, 2015

COVINGTON & BURLING LLP

By:   /s/ Anthony Herman

Anthony Herman
Christian J. Pistilli
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
Email: aherman@cov.com
           cpistilli@cov.com

*Attorneys for Plaintiffs*