# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GHAZI ABU NAHL and NEST INVESTMENTS HOLDING LEBANON SAL, individually and on behalf of LEBANESE CANADIAN BANK,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGES ZARD ABOU JAOUDE, MOHAMED HAMDOUN, AHMAD SAFA, OUSSAMA SALHAB, CYBAMAR SWISS GMBH, LLC, MAHMOUD HASSAN AYASH, HASSAN AYASH EXCHANGE COMPANY, and ELLISSA HOLDING COMPANY,<br><br>Defendants,<br><br>and<br><br>LEBANESE CANADIAN BANK,<br><br>Nominal Defendant. | No. 15-cv-09755<br><br>Before:  Hon. Lorna G. Schofield<br><br>Discovery Matters Assigned to:<br>    Magistrate Judge<br>    James C. Francis IV |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTER ROGATORY TO MAHMOUD HASSAN AYASH)**

- 1 -

The United States District Court for the Southern District of New York (the "Court"), 500 Pearl Street, New York, New York, 10007, USA, presents its greetings to the judicial authorities in the Republic of Lebanon ("Lebanon") and respectfully requests judicial assistance of the courts of Lebanon to effect service of process for a civil proceeding before this Court in the above-captioned matter.

**FACTS**

The Plaintiffs in the instant matter, on December 14, 2015, instituted a civil action that involves in personam legal claims against certain defendants, including Mahmoud Hassan Ayash, relating to mismanagement of the Lebanese Canadian Bank.  This defendant will be provided an opportunity to challenge the claims alleged against him as part of this action.

As required by Rule 4 of the Federal Rules of Civil Procedure, service must be effected on the defendants.  Federal Rule of Civil Procedure 4(f) provides for service of an individual in a foreign country "as the foreign authority directs in response to a letter rogatory or letter of request," when "there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice[.]" Fed. R. Civ. P. 4(f)(2).

The Plaintiffs in this matter have advised the Court that there is no internationally agreed upon means of service between the United States and Lebanon.  As such, the Plaintiffs moved this Court for the issuance of a letter rogatory to effect service in accordance with Rule 4.  This Court is invoking assistance from the appropriate judicial authority in Lebanon to serve process on Hassan Ayash.

## ASSISTANCE NEEDED

This Court requests that in the interests of justice the appropriate judicial authority of Lebanon, in accordance with the law and procedural rules of Lebanon, service of process be effected with respect to the following documents:

1. a certified copy of the Verified Complaint in the above-captioned action;
2. the Summons;
3. the Scheduling Order; and
4. Judge Schofield's Individual Rules of Practice

upon:

>MAHMOUD HASSAN AYASH
>Hassan Ayash Exchange Company
>Madame Curie Street
>Beirut
>Lebanon

The Court requests that the Affidavit of Service of Process (annexed hereto) be completed by the person serving process. The Court further requests that the completed affidavits be returned to the United States' Central Authority, the Department of Justice, Office of International Affairs, so that the Plaintiffs, may file the signed affidavits of service with the Court.

- 4 -

The Court appreciates the cooperation and aid received from the judicial authorities in Lebanon, and expresses its willingness to provide similar assistance to the judicial authorities in Lebanon.  The Court expresses its willingness to reimburse the judicial authorities of Lebanon for costs incurred in executing this Letter Rogatory.  The Court extends to the judicial authorities of Lebanon its assurances of its highest consideration and is extremely grateful for the kind assistance in regard to this request.

_____        _____
HONORABLE LORNA G. SCHOFIELD           DATE
United States District Judge
Southern District of New York


[SEAL]

## AFFIDAVIT OF SERVICE OF PROCESS

Plaintiffs: GHAZI ABU NAHL and NEST INVESTMENTS HOLDING LEBANON SAL, individually and on behalf of LEBANESE CANADIAN BANK

Defendants: GEORGES ZARD ABOU JAOUDE, MOHAMED HAMDOUN, AHMAD SAFA, OUSSAMA SALHAB, CYBAMAR SWISS GMBH, LLC, MAHMOUD HASSAN AYASH, HASSAN AYASH EXCHANGE COMPANY, ELLISSA HOLDING COMPANY, and LEBANESE CANADIAN BANK (nominal defendant)

Case: 15-cv-09755

Addressee: **MAHMOUD HASSAN AYASH**

Type: Summons and Complaint

I, _____, acting pursuant to a letter rogatory from the United States, have the honor to certify:

1. That a copy of a Complaint, dated December 14, 2015, the Summons, the Scheduling Order, and Judge Schofield's Individual Rules of Practice, have been served this _____ day of _____, 20\_\_\_

at _____

(Country, Place, Street, Number)

by the following method:

_____

The documents referred to herein have been delivered to:

_____

(name and description of person receiving documents)

_____

(relationship to addressee, e.g., family, business, or other)

- 5 -

- 6 -

2.     That a copy of a Complaint, dated December 14, 2015, the Summons, the Scheduling Order, and Judge Schofield's Individual Rules of Practice, have not been served for the following reasons:

_____

_____

Signed and sworn to this _____ day of _____, 20___.

                                                                   _____
                                                                    Signature of Affiant