UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GHAZI ABU NAHL, et al.,

                       Plaintiffs,

       -against-

GEORGES ZARD ABOU JAOUDE et al.,

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2016

15 Civ. 9755 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 2, 2016, Plaintiffs filed an application for the issuance of letters rogatory in order to effect service of process upon Defendants Georges Zard Abou Jaoude, Ahmad Safa, Oussama Salhab, Mahmoud Hassan Ayash, Hassan Ayash Exchange Company, Ellissa Holding Company, and Lebanese Canadian Bank. It is hereby

**ORDERED** that Plaintiffs' application is GRANTED. The signed letters rogatory will be forwarded to the Clerk of Court, who is directed to certify and affix the Seal of the Court to the signed letters rogatory. Upon completion, the Clerk of Court is directed to contact Plaintiffs' counsel to retrieve them.

Dated: March 3, 2016
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**