**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Anthony Herman

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5280
aherman@cov.com

**By Electronic Filing**                                       November 1, 2016

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   **Abu Nahl v. Abou Jaoude**
           **No. 15 Civ. 09755 (LGS) (JCF)**
           **Report on Status of Efforts to Effect Service**

Dear Judge Schofield:

      Pursuant to the Court's Order of March 3, 2016, Plaintiffs submit this letter to update the Court regarding their efforts to effect service upon defendants in the above-captioned action.

      On March 7, 2016, the Court issued Requests for International Judicial Assistance ("letters rogatory") to Lebanon and Togo seeking their assistance in serving defendants George Zard Abou Jaoude in Lebanon, Ahmad Safa in Lebanon, Oussama Salhab in Togo, Mahmoud Hassan Ayash in Lebanon, Hassan Ayash Exchange Company in Lebanon, Ellissa Holding Company in Lebanon, and the Lebanese Canadian Bank in Lebanon.

      On March 18, Plaintiffs received certified copies of translations of the letters rogatory into Arabic and French, the official languages of Lebanon and Togo, respectively.  Plaintiffs subsequently prepared packages containing the documents to be served on each defendant.  Each package included the letter rogatory, the complaint, the summons, the Court's scheduling order, the Court's Individual Rules, and a certified translation of each.

      On March 31, the letters rogatory and accompanying documents were delivered to the Office of American Citizen Services at the U.S. Department of State.

      On April 14, the letters were dispatched by the Office of American Citizen Services to the respective U.S. Embassies.

**COVINGTON**

Hon. Lorna G. Schofield
November 1, 2016
Page 2

   The U.S. Embassy in Beirut has requested assistance from the Republic of Lebanon, and Plaintiffs understand that the government of Lebanon is taking steps to execute the requests for judicial assistance.

   As of November 1, 2016, the letters rogatory have not yet been returned.

                 Respectfully submitted,

                  _/s/ Anthony Herman_

                  Anthony Herman
                  (admitted *pro hac vice*)