UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2017
```

Ghazi Abu Nahl, et. al.,

                              Plaintiff(s)          **CERTIFICATE OF MAILING**

                                                    Case No.:  15-cv-9755   (LGS)

            -v-

Georges Zard Abou Jaoude, et. al.,

                              Defendant(s)

I hereby certify under the penalties of perjury that on 15th day of June , 20 17 , I served:
Mohamad Hamdoun, Atrium Bldg - 2nd Floor, Main Street, Mina Al Hosn, Beirut, Lebanon

[X] One copy of the Summons, Complaint, Court's Scheduling Order, and the Court's Individual Rules.

by Federal Express #7868 6081 9193 , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____ , to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____ , to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____ , to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       June 19, 2017

                                                    RUBY J. KRAJICK
                                                    CLERK OF COURT

                                                    Print Name: Gordana Peter
                                                    DEPUTY CLERK OF COURT



From: (202) 662-6000
Andrew E. Siegel
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
UNITED STATES

Origin ID: TSGA

Ship Date: 20JUN17
ActWgt: 0.50 LB
CAD: 103375116/WSXI2750

REF: 034092.00101|10053
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE:
CUSTOMS VALUE: 0.00 USD
T/C: S 020006528   D/T: S 020006528
SIGN: Andrew E. Siegel
EIN/VAT:
PKG TYPE: ENV

SHIP TO: 11111111111   BILL SENDER

Mohamad Hamdoun
Attn:
Atrium Bldg - 2nd Floor
Main Street, Mina Al Hosn

Beirut,
LB



TRK# 7868 6081 9193
0430

PM
INTL PRIORITY

393
-LB

X5 BEYA

JNB



546 IJA502753C1

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY- PLEASE PLACE IN FRONT OF POUCH