

Squire Patton Boggs (US) LLP
2550 M Street Northwest
Washington, D.C. 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Mitchell R. Berger
T  + 1 202 457 5601
Mitchell.berger@squirepb.com

July 26, 2017

Hon. Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Ghazi Abu Nahl, et al. v Georges Zard Abou Jaoude, et al.*,
    Case No. 1:15-cv-9755-LGS

Dear Judge Schofield:

  This firm represents Messrs. Georges Zard Abou Jaoude and Ahmad Safa in the above-referenced action. Pursuant to Section I.B.2 of Your Honor's Individual Practices, I submit this request that the Court extend the time of Messrs. Abou Jaoude and Safa to respond to the Complaint in this civil action until and including October 16, 2017, reserving all jurisdictional and other defenses.  The current response date following service by letter rogatory is unknown.

  As Your Honor is aware, there have been no prior requests for extension.  We have conferred with Plaintiffs' counsel, Anthony Herman, Esq., of Covington & Burling, LLP, who authorized us to state that Plaintiffs do not oppose this request for an extension.

      Respectfully submitted,

      Mitchell R. Berger

cc:  Anthony Herman, Esq. (by email)

46 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.