

June 19,2017

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

**786861177701**                                         BEIRUT,
**786860506688**                                         BEIRUT,
**786860869268**                                         BEIRUT,

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.

FedEx
1.800.GoFedEx 1.800.463.3339



June 19,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **786861177701**.

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.NASER | **Delivery location:** | 00BEI<br>BEIRUT |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 19, 2017 08:58 |
| **Special Handling:** | Deliver Weekday | | |



| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 786861177701 | **Ship date:** | Jun 15, 2017 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
ATTN:
HASSAN AYASH EXCHANGE COMPANY
MADAME CURIE STREET
BEIRUT LB

**Shipper:**
ANDREW E. SIEGEL
COVINGTON   BURLING LLP
ONE CITYCENTER
850 TENTH STREET, NW
WASHINGTON, DC 20001 US

**Reference**           034092.00101|10053

Thank you for choosing FedEx.



June 19,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **786860506688**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | N.NASER | **Delivery location:** | 00BEI BEIRUT |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 19, 2017 08:58 |
| **Special Handling:** | Deliver Weekday | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 786860506688 | **Ship date:** | Jun 15, 2017 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| MAHMOUD HASSAN AYASH | ANDREW E. SIEGEL |
| HASSAN AYSAH EXCHANGE COMPANY | COVINGTON   BURLING LLP |
| MADAME CURIE STREET | ONE CITYCENTER |
| BEIRUT LB | 850 TENTH STREET, NW |
| | WASHINGTON, DC 20001 US |
| **Reference** | 034092.00101|10053 |

Thank you for choosing FedEx.



June 19,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **786860869268**.

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | STAMP | **Delivery location:** | BEIRUT |
| | | | BEIRUT 1107-2110 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 19, 2017 09:40 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 786860869268 | **Ship date:** | Jun 15, 2017 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
LEBANESE CANADIAN BANK
LEBANESE CANADIAN BANK
MINAA EL HOSN ST CHARLES
CITY CENTER
BEIRUT 1107-2110 LB
**Reference**

**Shipper:**
ANDREW E. SIEGEL
COVINGTON   BURLING LLP
ONE CITYCENTER
850 TENTH STREET, NW
WASHINGTON, DC 20001 US
034092.00101|10053

Thank you for choosing FedEx.