# EXHIBIT 4

**≈Jam Translation Center**
*Lamia Abou Tayeh*
Sworn Translator



مـــركز العلم للترجـــمة
لميا أبو طايع
مترجمة محلفة لدى المحاكم

---

*Hachem Law Firm*

Ex. 4, at 1

*Summary of the complaint lodged before the*

*Public Prosecution of Cassation in Beirut*

<u>Court:</u> First investigating judge in Beirut- Judge Ghassan OWEIDAT

<u>The plaintiff:</u> Georges Zard ABOU JAOUDE

<u>The defendants:</u>

1. Nest Investments Holding Lebanon SAL represented by Mr. Ghazi ABU NAHL
2. Ghazi ABU NAHL
3. Qatar General Insurance & Reinsurance S.A.Q, represented by Sheikh Nasser AL THANI
4. Sheikh Nasser AL THANI
5. Ahmad TABAJA
6. Walid AL SAADI

<u>Crime:</u> Slander and undermining the dignity, honor and credibility of the plaintiff

<u>Prosecution number:</u> 17852/2016

<u>Complaint number:</u> 12/2016

<u>Outcome of the lawsuit:</u> It is still under consideration. The file has been referred to the Appellate Public Prosecution on May 11, 2017, due to the appeal on the grounds "ABU NAHL" number 180/2017 on May 10, 2017.

*Attorney-at-law, Sakher Chahid HACHEM*

*(Signature and seal)*

---



ملكتب محاماة

ملخص عن الشكوى
المقدمة
أمام النيابة العامة التمييزية في بيروت

**المحكمــــة** : قاضي التحقيق الأول في بيروت ـ الرئيس غسان عويدات

**المدعـــــي** : جورج زرد أبو جوده

**المدعى عليهم** : ١ـ شركة نست إنفستمنتز هولدينغ ليبانون ش.م.ل.
ممثلة بالسيد غازي أبو نحل
٢ـ غازي أبو نحل
٣ـ الشركة القطرية العامة للتأمين وإعادة التأمين ش.م.ق.
ممثلة بالشيخ ناصر آل ثاني
٤ـ الشيخ ناصر آل ثاني
٥ـ أحمد طباجه
٦ـ وليد السعدي

**الجــــــرم** : الذم والنيل من كرامة وشرف ومصداقية المدعي

**نيابــــة رقـم** : ٢٠١٦/١٧٨٥٢

**شكـوى رقـم** : ٢٠١٦/١٢

**مصير الدعوى** : لا زالت قيد النظر وبتاريخ ٢٠١٧/٥/١١ أحيل الملف إلى جانب النيابة العامة
الإستئنافية عملاً باستئناف الدفوع "أبو نحل" رقم ٢٠١٧/١٨٠ تاريخ
٢٠١٧/٥/١٠.

فرن الشباك ـ سنتر نحله ـ بيروت-لبنان ـ ص.ب : ١١٦/٥١٠١
خليوي: ٣/٩٢٩٣٩٣ ـ تلفاكس: ١/٢٨١٨١٨ـ١/٢٨١٨٠٦ ـ ١/٢٨٢٢٨٨ ـ ٠١
بريد إلكتروني: info@hachemlawfirm.com
www.hachemlawfirm.com

Lebanon, were clean funds compliant with the laws of Bank of Lebanon, cash and credit laws and the laws in force.

It should be noted that all shareholders, whether in person or representing a joint stock or holding companies, as well as the bank management, reached unanimously the conclusion of clearance, according to the agreement signed with the American Authorities.

And as a result of this path reached by Lebanese Canadian Bank, and since the defendants Ahmad TABAJA and Ghazi ABU NAHL were members of its Board of Directors since 2005 and until its liquidation, the latter attempted, in order to free himself from the responsibility during the time of his management of the bank, to make null accusations made-up against the plaintiff Georges Zard ABOU JAOUDE. He also tried to clean his stained record before the American Authorities, using in the content of the lawsuit lodged in the United States of America, expressions and words that stain the plaintiff's honor and dignity and harm his reputation and position in both the bank and society whether in Lebanon or in international and local forums.

And among the offensive expressions and false utterances and statements that the defendant included in his lawsuit before the authorities in the United States of America:

- The assaults of ABOU JAOUDE and HAMDOUN did not stop while embezzling cash through "Tabadol" company...

- As part of the money laundering plan, Georges ABOU JAOUDE used Lebanese Canadian Bank to transfer huge amounts in American dollars to used car dealers in the United States.

ـ لم تتوقف إعتداءات أبو جوده وحمدون عند اختلاس الأموال عن طريق شركة "تبادل..."

ـ كجزء من مخطط تبييض الأموال، استعمل "جورج أبو جوده" /L.C.B/ لتحويل مبالغ كبيرة من الدولار الأميركي لتجار السيارات المستعملة في الولايات المتحدة.

ـ بحسب المعلومات والقناعة أبو جوده استعاد أموالاً نتيجة مشاركة في مخطط تبييض الأموال.

"... قام أبو جوده وحمدون باخفاء وكتم تقرير العناية اللازمة وقاد موظفي المصرف لإغفال مخالفات جوهرية لسياسة المصرف والإمتثال.

... قام أبو جوده وحمدون باعطاء إستثناءات لعدد من زبائن البنك اللبناني الكندي لإعفائهم من التصريح عن مصدر أموالهم عند إيداعهم المبالغ ، كما أعفاهم من تعبئة قسائم الإيداع النقدي التي لها علاقات وثيقة مع حزب الله ومصنّفة كمبيضة للأموال أو إرهابية من قبل الحكومة الأميركية.

... سمح حمدون تحت توجيهات أبو جودة لأفراد مؤسسات مصنّفة إرهابية من قبل حكومات بإيداع بما لا يقل عنه ٢٠٠ مليون دولار أميركي نقداً سنوياً دون التصريح عن مصادر الدخل.

... من خلال دوره الإداري والعملي لدى LCB نظّم وأدار كل من أبو جوده (المدعي) وحمدون عمليات تبييض الأموال اليومية في المصرف.

.... نقل أبو جوده وحمدون وحولا الأموال الى مكان في الولايات المتحدة الأميركية من خلال مكان خارج الولايات المتحدة الأميركية تحديداً تسبب أبو جوده بجعل البنك اللبناني الكندي يحول ٢٢٩ مليون دولار الى حسابات المصارف المراسلة في المنطقة الجنوبية في نيويورك وجزء من هذه الأموال تم صرقه لاحقاً لتجار السيارات.

... وافق كل مدعى عليه (أبو جوده) بمعرفته وبطريقة غير قانونية على المشاركة في سلوك شراكة تبييض الأموال مع المعرفة والنية أن أعضاء آخرين في المؤامرة سينفذون على الأقل عملين مسندين اليهم ولقد خدم مخطط غسل الأموال الذي كان هدفه ثراكة غسل الأموال".

7

It is worth mentioning that all of the statements mentioned in the lawsuit lodged by the defendant's party in the United States of America have been published on the Internet, Google, and all networks related to the United States Treasury and money laundering lists, therefore leading whomever enters these networks to read these lies and misleading allegations made-up by the defendant Ghazi ABU NAHL.

Except that all actions taken by the defendants, constitute crimes punished in the Lebanese Law.

## Second: In Law

### a- In undermining the Government's financial standing:

Articles 319, 320 and 321 of the Penal Code.

It is proven that the false accusations made by the defendant's party before the American Judiciary, around the situation of Bank of Lebanon and its governor and regarding the latter leeding money laundering operations and encouraging them in order to support terrorism in general and Hezbollah in particular, are merely made-up facts aiming to diminish the value of national banknotes and to shake the faith in the standing of the Government's monetary funds, its titles, and all titles relevant to general financial trust.

The false accusations and allegations made by the defendant's party before the American Judiciary, affecting the credibility and transparency of Bank of Lebanon's Governor and the bank itself, aim to shake the faith in the Lebanese monetary fund and in the Lebanese Government supervising the same, in addition to directly affecting the relation of the banks in Lebanon with foreign banks all over the world, since the person accusing Central Bank and the Governor of Central Bank



إنها إتهامات خطيرة جداً أطلقتها الجهة المدعى عليها ممثلة بغازي أبو نحل ضد مصرف لبنان والقطاع المصرفي بشكل عام والدولة اللبنانية وهي تشكّل مؤامرةً رئيسها أبو نحل لضرب القطاع المصرفي في لبنان والإعتداء على أمن الدولة المالي والنيل من مكانتها المالية وهي إتهامات كاذبة، مختلقة ولا تمت إلى الواقع والحقيقة بصلة يتعيّن على إطلاقها إنزال أقصى العقوبات على المدعى عليه غازي أبو نحل وهي تستوجب ادخاله السجن عملاً بالمواد ٣١٩/ و٣٢٠/ و٣٢١/ عقوبات.

تجدر الإشارة الى ان كل الإدلاءات الصادرة عن الجهة المدعى عليها الواردة في الدعوى المقامة منه في الولايات المتحدة الأميركية قد جرى نشرها على شبكات الإنترنت وشبكات Google والشبكات التابعة للخزانة الأميركية ولوائح تبييض الأموال حيث بات لكل من يدخل هذه المواقع الإلكترونية يقرأ هذه الأكاذيب والأقاويل الضالة التي اختلقها المدعى عليه غازي أبو نحل.

إلا ان كافة الأفعال التي أقدم عليها تشكّل جرائم معاقب عليها في القانون اللبناني.

ثانياً : في القانـــون

ألف ـ في النيل من مكانة الدولة المالية :

المواد /٣١٩/٣٢٠/٣٢١/ عقوبات.

ثابت تماماً أن الإتهامات الكاذبة التي أدلت بها الجهة المدعى عليها أمام القضاء الأميركي والتي تناولت أوضاع مصرف لبنان وحاكم مصرف لبنان لجهة إدارة هذا الأخير لعمليات تبييض الأموال وتشجيعها في سبيل دعم الإرهاب بشكل عام وحزب الله بشكل خاص تشكّل وقائع ملفّقة لإحداث التدني في أوراق النقد الوطنية ولزعزعة الثقة في مكانة نقد الدولة وسنداتها وجميع الأسناد ذات العلاقة بالثقة المالية العامة.

إن الإتهامات والمزاعم الكاذبة التي أدلت بها الجهة المدعى عليها أمام القضاء الأميركي والتي تمس بمصداقية وشفافية حاكم مصرف لبنان ومصرف لبنان بالذات من شأنها زعزعة الثقة بالنقد اللبناني وبالمشرفين على هذا النقد، كما تؤثر بشكل مباشر على علاقة مصارف لبنان بالمصارف الأجنبية كافة أنحاء العالم إذ ان من يتّهم المصرف المركزي وحاكم المصرف

9

*For these reasons*

The plaintiff lodged a criminal complaint as a civil party against the defendants and whomever appears in the investigation, whether executor, partner or involved in crimes stated in articles 403, 649, 650, 385, 388 and 582, in conjunction with article 209, 319, 320 and 321 of the Lebanese Penal Code, in addition to making up crimes, and they are called for investigation and the arrest of the defendants Ghazi ABU NAHL, Ahmad TABAJA, Sheikh Nasser AL THANI and Walid AL SAADI, referring them arrested, to the competent authorities by virtue of the content of the mentioned articles and imposing strict sanctions, as well as charging them with expenditure, fees and attorney's fees, in addition to damage compensation, given the considerable damage made, which we temporarily estimate at around the amount of fifteen million American dollars.

*Respectfully yours,*

Attorney-at-law, Sakher Chahid HACHEM - by proxy
(Signature and seal)

*This is to certify that the enclosed text is a true and accurate English rendition of the Arabic document presented to me, as confirmed by my signature and seal below on August 23, 2017*



لهــــذه الأســــباب

يتخذ المدعي صفة الإدعاء الشخصي بحق المدعى عليهم ومن يظهره التحقيق، فاعلا كان ام شريكا ام متدخلا بالجرائم المنصوص عنها في المواد /٤٠٣، ٦٤٩/، ٦٥٠/، ٣٨٥/، ٣٨٨/ و٥٨٢/ معطوفة على المادة /٢٠٩ و٣١٩/ و٣٢٠/ و٣٢١/ من قانون العقوبات اللبناني إضافة إلى اختلاق الجرائم ويطلب التحقيق معهم وتوقيف المدعى عليهم غازي أبو نحل وأحمد طباجه والشيخ ناصر آل ثاني ووليد السعدي واحالتهم موقوفين أمام المراجع القضائية المختصة وفقاً لنصوص المواد المذكورة والتشدد بالعقوبة والزامهم بالمصاريف والرسوم والأتعاب وبدل العطل والضرر نظراً للضرر الجسيم المحدث الذي نحدده مؤقتاً بمبلغ وقدره خمسة عشر مليون دولار أميركي.

وتفضلوا بقبول الإحترام
بالوكالــــة
المحامي صغير شهيد الهاشم

24