**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Dennis B. Auerbach

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5226
dauerbach@cov.com

**By Electronic Filing**                                                      February 12, 2018

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for
   the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Abu Nahl v. Abou Jaoude*, No. 15 Civ. 09755 (LGS)
        **Request for Oral Argument**

Dear Judge Schofield:

In accordance with Rule III.B.6 of the Court's Individual Rules and Procedures for Civil Cases, Plaintiffs Ghazi Abu Nahl and Nest Investments Holding Lebanon SAL, respectfully request oral argument on Defendants' motion to dismiss the First Amended Complaint (ECF No. 63).  We appreciate that Your Honor ordinarily does not hear oral argument, but we respectfully submit that argument is appropriate here in light of Defendants' reply brief.  Specifically, Defendants' reply: (a) makes a new argument concerning why Plaintiffs purportedly have not asserted a valid claim for aiding and abetting violations of the law of nations (see Defs' Reply Br. at 6); (b) attaches a new substantive declaration (*see* ECF No. 80); and (c) in just ten pages cites 34 cases that were neither cited in Defendants' opening brief nor in Plaintiffs' opposition.  Fairness dictates that Plaintiffs be afforded an opportunity to address Defendants' new argument, new declaration and numerous new cases.

We respectfully submit that oral argument is also appropriate given the multiple issues raised by Defendants' motion to dismiss, including forum non conveniens, res judicata, Plaintiffs' standing to sue under the Alien Tort Claims Act, whether certain entities are necessary parties under Fed. R. Civ. P. 19, personal jurisdiction, waiver, statute of limitations, and whether Plaintiffs can assert derivative claims.

If the Court allows oral argument, Andrew Siegel, a 2014 law school graduate, would argue the motion to dismiss for Plaintiffs.

**COVINGTON**

Hon. Lorna G. Schofield
February 12, 2018
Page 2

        We appreciate Your Honor's attention to our request.

Respectfully submitted,

  /s/ Dennis Auerbach

Dennis Auerbach
(admitted *pro hac vice*)

cc:     Counsel of Record (via ECF)