**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Dennis B. Auerbach

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5226
dauerbach@cov.com

**By Electronic Filing**                              April 26, 2018

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   **Abu Nahl v. Abou Jaoude**
            **No. 15 Civ. 09755 (LGS)**
            **Report on Status of Efforts to Effect Service**

Dear Judge Schofield:

      Pursuant to the Court's Order of March 3, 2016, Plaintiffs submit this letter regarding their efforts to effect service upon defendants in the above-captioned action.

      Defendants Georges Zard Abou Jaoude, Mohamed Hamdoun, and Ahmad Safa have appeared in this action.  They have filed a motion to dismiss, which is currently pending.  The Court issued Requests for International Judicial Assistance ("letters rogatory") seeking to serve additional defendants.  The Court issued a letter rogatory to the Republic of Togo seeking its assistance in serving defendant Oussama Salhab.  As of the date of this letter, no certification has been returned affirming that the Togolese authorities have successfully executed the letter rogatory with respect to this defendant.

      The Court also issued letters rogatory to the Republic of Lebanon seeking its assistance in serving additional defendants to this action: Mahmoud Hassan Ayash, Hassan Ayash Exchange Company, Ellissa Holding Company, and the Lebanese Canadian Bank.  The Lebanese Ministry of Justice has affirmed that a judicial warrant for Hassan Ayash[1] has been fulfilled.  As of the date of this letter, no certification has

---

[1] It is unclear whether the Lebanese authorities served the correct Hassan Ayash:  The year of birth specified for Hassan Ayash in the return of letters rogatory differs from the year of birth specified in the Treasury Department's designation of Hassan Ayash as a person whose property is blocked pursuant to the Foreign Narcotics Kingpin Designation Act, 76 Fed. Reg. 5858 (Feb. 2, 2011).

COVINGTON

Hon. Lorna G. Schofield
April 26, 2018
Page 2

been returned affirming that the Lebanese authorities have successfully executed the letters rogatory with respect to Hassan Ayash Exchange Company, Ellissa Holding Company, or the Lebanese Canadian Bank.

      To ensure proper service on those defendants as to whom letters rogatory have not been returned, Plaintiffs sought the assistance of the Clerk of the Court to serve such defendants by Federal Express. The Clerk of the Court sent Federal Express packages to Mahmoud Hassan Ayash, Hassan Ayash Exchange Company, the Lebanese Canadian Bank, Oussama Salhab, and Ellissa Exchange Company. Plaintiffs understand that Federal Express successfully delivered service to defendants Mahmoud Hassan Ayash, Hassan Ayash Exchange Company, and the Lebanese Canadian Bank. Copies of the delivery confirmations were previously provided to the Court.

      Respectfully submitted,

       s/ Dennis Auerbach 

Dennis Auerbach
(admitted *pro hac vice*)