

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Mitchell R. Berger
T   +1 202 457 5601
mitchell.berger@squirepb.com

February 21, 2019

Hon. Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  *Ghazi Abu Nahl, et al. v Georges Zard Abou Jaoude, et al.*,
          Case No. 1:15-cv-9755-LGS

Dear Judge Schofield:

      This firm represents Georges Zard Abou Jaoude, Ahmad Safa, and Mohamad Hamdoun (collectively, "Defendants") in the above-referenced action.  We write regarding a housekeeping matter, as directed by the Clerk's Office of this Court.   Specifically, we request this Court's approval to change how Mr. Hamdoun's first name is spelled in the docket of this case, from "Mohamed" (as it incorrectly appears in the Complaint) to "Mohamad" (the correct spelling).  This discrepancy became apparent after Defendants filed their petition for interlocutory review [2d Cir Case No. 19-200, ECF No. 1], which uses the correct spelling.  Defendants' counsel was advised that Your Honor's permission would be necessary for this change, and we respectfully request that this Court so order.

      Respectfully submitted,

      Mitchell R. Berger

cc:  Counsel of Record

47 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.