**MANDATE**

S.D.N.Y. – N.Y.C.
15-cv-9755
Schofield, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May, two thousand nineteen.

Present:

    Debra Ann Livingston,
    Susan L. Carney,
        *Circuit Judges,*
    Edgardo Ramos,[*]
        *District Judge*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 21 2019

Georges Zard Abou Jaoude, et al.,

        *Petitioners*,

v.                                                                                                   19-200

Ghazi Abu Nahl, individually and on behalf of
Lebanese Canadian Bank, et al.,

        *Respondents*.

Petitioners request, pursuant to 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. Petitioners also move to file a reply. Upon due consideration, it is hereby ORDERED that the motion to file a reply is GRANTED. It is further ORDERED that the petition for leave to appeal is GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

[*] Judge Edgardo Ramos, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 05/21/2019