**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**BY ELECTRONIC FILING**　　　　　　　　　　　　September 3, 2019

The Honorable Lorna G. Schofield
United States District Court for
　the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

　　　　　　　Re:  *Abu Nahl v. Abou Jaoude*, No. 15 Civ. 9755 (LGS)
　　　　　　　　　Joint Status Letter

Dear Judge Schofield:

　　　Pursuant to the Court's Order dated January 8, 2019 (ECF No. 113), I respectfully submit this joint status letter on behalf of Plaintiffs Ghazi Abu Nahl and Nest Investments Holding Lebanon SAL and Defendants Georges Zard Abou Jaoude, Mohamad Hamdoun, and Ahmad Safa. Defendants have consented to the filing of this letter.

　　　Subsequent to the Court's Order certifying Section III.A.2(b) of the Court's December 12, 2018 Order (ECF No. 101) for interlocutory appeal, Defendants filed a Petition for Permission to Appeal in the Second Circuit.  On May 21, 2019, the Second Circuit granted Defendants' Petition. That order was filed with this Court (ECF No. 120).  Defendants' brief is due today.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 s/ Dennis Auerbach
　　　　　　　　　　　　　　　　　　Dennis Auerbach
　　　　　　　　　　　　　　　　　　Covington & Burling LLP
　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　850 Tenth Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Telephone: (202) 662-6000
　　　　　　　　　　　　　　　　　　Email: dauerbach@cov.com

cc: Counsel of record (via ECF)