UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                  :

GHAZI ABU NAHL, et al.,                           :

                        Plaintiffs,     :

                                                                  :          15 Civ. 9755 (LGS)

                  -against-                      :

                                                                     :          <u>ORDER</u>

GEORGES ZARD ABOU JAOUDE, et al.,    :

                        Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 30, 2020, the Second Circuit reversed the Order at Dkt. 101 granting leave to amend the complaint. *See* Dkt. No. 133. The Second Circuit held that "Plaintiffs' effort to amend their complaint is futile, because any such international norm prohibiting terrorist financing cannot support a cause of action for the harm allegedly suffered by Plaintiffs." *Id*. It is hereby

       ORDERED that Plaintiffs' motion to amend the complaint accordingly is DENIED as futile.

       The Clerk of Court is respectfully requested to close the case.

Dated: August 21, 2020
       New York, New York

                                                                                 LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE